1 Law Offices of
2 Jonathan D. Montag
P.O. Box 124801
3 San Diego, CA  92112
(619) 230-1420
4
5 Jonathan D. Montag, Esq.
Cal. State Bar No. 174822
6 Attorney for Mr. Adam Rabinsky

7 UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
8

| | |
|---|---|
| 9 Adam Rabinsky, | Civil No. 18-cv-1849-JAH-BGS |
| 10 Petitioner, | Agency No. A204-920-687 |
| 11 v. | **Notice of Voluntary** |
| 12 | **Dismissal** |
| 13 GREGORY J.CHAMBEAULT, Immigration and Customs Enforcement San Diego Field Office Director; JAMES DOBSON, Immigration and Customs Enforcement Acting Assistant Field Office Director for Otay Detention Facility; THOMAS D. HOMAN, Acting Director of Immigration and Customs Enforcement; KRISTJEN NIELSEN, Secretary of Homeland Security; JEFFERSON BEAUREGARD SESSIONS III, Attorney General of the United States, | |
| 20 Respondents. | |

22   WHEREAS, the respondents in this action have filed a Notice to Appear,
23 commencing removal proceedings for Mr. Rabinsky, and
24   WHEREAS, an immigration judge conducted a custody determination hearing and
25 set bond for Mr. Rabinsky's release; and
26   WHEREAS, the respondents have not answered the complaint.
27   NOW, THEREFORE, Petitioner, through Counsel, dismisses this action pursuant to
28 Rule 41(a)(1) of the Federal Rules of Civil Procedure. The Clerk is requested to enter said

- 2 -

1  dismissal in the records of the District Court.

2  Dated: August 15, 2018

                                    s/ Jonathan D. Montag
                                    _____
                                    Jonathan D. Montag
                                    Attorney for Mr. Adam Rabinsky